1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOAN SANTIAGO, on behalf of herself
and all other similarly situated
individuals,

              Plaintiff,

      vs.

NORTHBAY HEALTHCARE GROUP;
and DOES 1 through 50, inclusive,

         Defendant(s).

Case No. 2:20-cv-01385-MCE-AC

**ORDER GRANTING JOINT
STIPULATION TO VACATE
FUTURE CASE DEADLINES
PENDING MEDIATION**

1    THE COURT, having received and reviewed the Parties' Joint Stipulation to

2  Vacate Future Case Deadlines Pending Mediation (ECF No. 21), finds that good

3  cause exists to grant the request.  Accordingly, IT IS HEREBY ORDERED that all

4  pending future dates and deadlines, except any which the Court would set related to

5  Plaintiff's Motion, be vacated until at least thirty (30) days after mediation. The

6  Parties shall submit a joint report on or before January 13, 2022, apprising the

7  Court of the status of the case, including a proposed pretrial scheduling order to

8  reset all dates, if necessary.

9    **IT IS SO ORDERED.**

10

11  **Dated:  August 18, 2021**

12  _____

13  MORRISON C. ENGLAND, JR.
   SENIOR UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES