**THIERMAN BUCK LLP**
MARK R. THIERMAN, SB# 72913
JOSHUA D. BUCK, SB# 258325
LEAH L. JONES, SB# 276448
JOSHUA R. HENDRICKSON, SB# 282180
7287 Lakeside Drive
Reno, NV 89511
Tel: 775.284.1500
Fax: 775.703.5027
info@thiermanbuck.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SANTIAGO, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHBAY HEALTHCARE GROUP; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:20-cv-01385-MCE-AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff JOAN SANTIAGO ("Plaintiff") and Defendant NORTHBAY HEALTHCARE GROUP ("Defendant"), by and through their counsel of record, hereby stipulate to dismiss the above-titled action in its entirety, with prejudice, in consideration of the December 6, 2022, Order from the Superior Court of the State of California for the County of Solano granting final approval of the class action settlement (attached hereto as Exhibit A).

Respectfully Submitted,

| | |
|---|---|
| DATED: December 27, 2022 | DATED: December 27, 2022 |
| THIERMAN BUCK LLP | MORGAN, LEWIS & BOCKIUS LLP |
| *s/ Joshua D. Buck* | */s/ Anahi Cruz* |
| Mark R. Thierman | Anahi Cruz |
| Joshua D. Buck | Douglas R. Hart |
| Leah L. Jones | |
| Joshua R. Hendrickson | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**ORDER**

Having considered the stipulation of dismissal with prejudice, the Court hereby orders that this action be DISMISSED with prejudice. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: December 27, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE